**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7784**

GABRIEL DANIEL MORRISON-MITCHELL,

Petitioner - Appellant,

v.

PAUL ADAMS,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:19-cv-00306-JPB-JPM)

Submitted:  February 24, 2022                    Decided:  April 12, 2022

Before HARRIS and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Gabriel Daniel Morrison-Mitchell, Appellant Pro Se.  Maximillian Fitzsimmons Nogay, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gabriel Daniel Morrison-Mitchell, a federal prisoner, appeals the district court's order dismissing without prejudice his 28 U.S.C. § 2241 petition for failure to exhaust administrative remedies and the court's order denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Morrison-Mitchell v. Adams*, No. 5:19-cv-00306-JPB-JPM (N.D.W. Va. Oct. 19, 2020; Nov. 5, 2020). We deny Morrison-Mitchell's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*